## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

|  |  |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
|  | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION

Before the Court is Plaintiff's Motion to Compel Discovery Responses and Production (the "Motion"). Having considered the Motion, the prior discovery responses of Defendants Adrianne

Dawn Foyt and Leonard Clarence Foyt, Jr., and the arguments of counsel, the Court finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that within seven (7) days of the entry of this Order, Defendant ADRIANNE DAWN FOYT shall provide the following:

1. Full 2024 Bank Records (RFP #1): Complete monthly statements for account xxxx3223 for the period of January 1, 2024, through October 30, 2024.

2. Records for Undisclosed Accounts: Complete 2024 monthly statements for all business and personal bank accounts over which she exercised signatory authority, practical dominion, or control (individually or jointly), including but not limited to the accounts ending in 4713, 5080, and the "Operating" account identified in previously produced bank transfers.

3. Transfer Detail (RFP #2 & #10): Supporting digital transfer logs or records identifying the source and destination for all "Mobile Device Transfers" and documentation for all cash withdrawals exceeding $1,000.

4. Accounting Records (RFP #3 & #7): Full QuickBooks data exports, general ledgers, and all non-privileged emails or texts regarding the status of AFS proceeds.

5. 2024 Gambling Records (RFP #8 & #13): All 2024 win/loss statements or summary reports from Choctaw Casino or other venues; the production of 2025 records is insufficient and non-responsive.

6. Customer Payment Records (RFP #6 & #11): Records of all customer payments on invoices after June 30, 2024, and all documents regarding the $60,000 transfer to Leonard's father.

**IT IS FURTHER ORDERED** that within seven (7) days of the entry of this Order, Defendant LEONARD CLARENCE FOYT, JR. shall provide the following:

1. 2024 Bank Records (RFP #1): All bank accounts over which he exercised signatory authority, practical dominion, or control (either individually or jointly), including all personal and business accounts.

2. Source Documents for Gambling Losses (RFP #4 & #8): Direct production of all win/loss statements, account records, and casino summaries in his possession or control; referral to general bankruptcy court records is improper and insufficient.

3. Authorized Transfer Records (RFP #2): All records evidencing transfers he authorized in 2024.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in sanctions, including but not limited to the striking of pleadings, the entry of default, or a finding of contempt

# # # END OF ORDER # # #

Respectfully submitted by:
Clayton L. Everett
Counsel for Plaintiff