Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Plaintiff

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### PLAINTIFF'S MOTION TO CONTINUE TRIAL DOCKET CALL AND REOPEN DISCOVERY

Plaintiff Advisory Financial Services, LLC ("AFS") moves the Court to continue the Trial Docket Call and reopen discovery for the limited purpose of resolving outstanding production deficiencies.

### I.     RELIEF REQUESTED

Plaintiff requests that the Trial Docket Call, currently set for April 23, 2026 , be continued for at least sixty (60) days, and that the discovery period, which closed on March 9, 2026, be reopened to allow for the completion of necessary production.

## II.     GOOD CAUSE EXISTS

1.     <u>Timing of Production</u>: Defendants served their discovery responses on March 3 and March 5, 2026, just days before the discovery cutoff. Upon review, AFS discovered the production was fundamentally deficient, providing, among other things, irrelevant 2025 data instead of the requested 2024 records.

2.     <u>Discovery of New Accounts</u>: As detailed in the Motion to Compel, the limited production provided by Defendants on the eve of the discovery cutoff revealed at least three previously undisclosed accounts (xxxx4713, xxxx5080, and "Operating"). AFS requires time to subpoena these records from the financial institutions if Defendants continue to withhold them.

3.     <u>Pending Motion to Compel</u>: Concurrently with this Motion, Plaintiff has filed a Motion to Compel Discovery Responses and Production. The resolution of that Motion is a prerequisite to trial, as it seeks the core financial records necessary to prove Plaintiff's case.

4.     <u>Prejudice to Plaintiff</u>: AFS cannot comply with the April 16, 2026 deadline for the Joint Pretrial Order or Proposed Findings of Fact because it lacks the core financial ledgers and 2024 bank statements required to prove the diversion of trust funds.

5.     The current Scheduling Order requires a Joint Pretrial Order by April 16, 2026. Even if the Court grants the pending Motion to Compel, the seven-day compliance window would leave Plaintiff with less than one week to incorporate thousands of pages of missing 2024 bank data and accounting ledgers into the pretrial documents.

6.     <u>Judicial Economy</u>: Proceeding to trial in May without the QuickBooks exports and general ledgers promised by Defendants would result in an incomplete record and a waste of judicial resources.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order continuing the

Trial Docket Call and all associated deadlines.

Respectfully submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
         Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Warren V. Norred
Texas State Bar No. 24045094
wnorred@norredlaw.com
515 E. Border St., Arlington, Texas 76010
O 817-704-3984, F. 817-524-6686
Counsel for Plaintiff

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 26, 2026, I conferred with Defendants regarding an extension of the scheduling order. Defendants have not consented to the requested extension, necessitating this Motion.

/s/ *Clayton L. Everett*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, a true and correct copy of the foregoing has been served via email to Defendant's counsel and the pro se Defendant below:

*Counsel for Defendant Adrianne Foyt:*
Robert C. Newark, III
Texas Bar No. 24040097
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247

*Defendant Leonard Foyt, Jr.:*
PO Box 304
Cresson, Texas 76035
And via leonardfoyt@yahoo.com

/s/ *Clayton L. Everett*