United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DOCKET CALL AND REOPEN DISCOVERY

Before the Court is Plaintiff's Motion to Continue Trial Docket Call and Reopen Discovery (the "Motion") . Having considered the Motion, the concurrently filed Motion to Compel, and the record in this case, the Court finds that good cause exists to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED as follows:

1.  Continuance of Trial Docket Call: The Trial Docket Call currently set for April 23, 2026, is hereby CONTINUED to the Court's next available docket call at least sixty (60) days from the date of this Order.

2.  Reopening of Discovery: The discovery period, which closed on March 9, 2026, is hereby REOPENED for the limited purpose of resolving the production deficiencies identified in Plaintiff's Motion to Compel, including the production of 2024 bank records and accounting ledgers.

3.  Extension of Pretrial Deadlines: The deadline for the parties to file the Joint Pretrial Order and Proposed Findings of Fact and Conclusions of Law, currently set for April 16, 2026, is hereby VACATED and shall be reset to a date seven (7) days prior to the new Trial Docket Call date.

4.  Status Conference: The Court will hold a Webex status conference on _____, 2026, at ____ __.m. to ensure compliance with outstanding discovery.

# # # END OF ORDER # # #

Respectfully submitted by:
Clayton L. Everett
Counsel for Plaintiff