## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
| | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION AND PLAINTIFF'S MOTION TO CONTINUE TRIAL DOCKET CALL AND REOPEN DISCOVERY**

The request for the Motion for Expedited Hearing set for _____, **April _____, 2026, at 1:30p.m.,** on *Plaintiff's Motion to Compel Discovery Responses and Production)* [ECF Nos. 9 & 10] and the *Plaintiff's Motion to Continue Trial Docket Call and*

*Reopen Discovery* [ECF No. 11] filed by the Plaintiff is GRANTED. Hearing to be held before the

Honorable Mark X. Mullin, via Webex at the information below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

**# # # END OF ORDER # # #**

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for the Plaintiff