Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Plaintiff

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

## NOTICE OF HEARING

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a hearing on the *Plaintiff's Motion to Compel Discovery Responses and Production* [ECF Nos. 9&10] and *Plaintiff's Motion to Continue Trial Docket Call and Reopen Discovery* [ECF No. 11] has been set for **Thursday, April 16, 2026, at 3:00p.m.** or at such time that the parties in coordination with the Court agree to reset the matter, before the Honorable Mark X. Mullin, United States Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. The hearing will be conducted both in person and via

WebEx. The WebEx Videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/mullin**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**

**Meeting ID: 2310-650-8783**

**WebEx Hearing Instructions may be obtained at the following address:**

**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates**

Respectfully submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
     Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
Warren V. Norred
Texas State Bar No. 24045094
wnorred@norredlaw.com
515 E. Border St., Arlington, Texas 76010
O 817-704-3984, F. 817-524-6686
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, a true and correct copy of the foregoing has been served via the Court's ECF System and via email to Plaintiff's counsel:

| | |
|---|---|
| Counsel for Defendant Adrianne Foyt: | Defendant Leonard Foyt, Jr.: |
| Robert C. Newark, III | PO Box 304 |
| Texas Bar No. 24040097 | Cresson, Texas 76035 |
| 1341 W. Mockingbird Lane, Suite 600W | And via leonardfoyt@yahoo.com |
| Dallas, Texas 75247 | |
| robert@newarkfirm.com | |

By: __/s/ Clayton L. Everett____