

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

_____
**United States Bankruptcy Judge**

_____

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
| | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO
### COMPEL DISCOVERY RESPONSES AND PRODUCTION

On this day, the Court considered Plaintiff's Motion to Compel Discovery Responses and

Production ("Motion"). The Court considered the Motion and the arguments presented at the

hearing on April 16, 2026, and the Court finds that the Motion should be **GRANTED** in favor of

Plaintiff Advisory Financial Services, LLC and against Defendant Leonard Clarence Foyt, Jr. ("Leonard").

**IT IS THEREFORE ORDERED** that:

1. Leonard shall fully supplement his discovery responses and produce all documents responsive to Plaintiff's Requests for Production, as identified in the Motion, including but not limited to:

   a. All 2024 bank records for all accounts he owns, controls, or has access to, including any personal or business related bank accounts;

2. Leonard shall complete the above production **within thirty (30) days** from entry of this Order.

3. Failure to comply with this Order may result in further relief, including the imposition of sanctions or the striking of Leonard's defenses.

4. Plaintiff reserves all rights to seek further relief, including sanctions, in the event of non-compliance.

5. Nothing in this Order shall constitute a waiver of any objections, claims, or defenses except as expressly set forth herein.

6. All relief not expressly granted herein is DENIED.

# # # END OF ORDER # # #

Respectfully by:

/s/ Clayton L. Everett
Clayton L. Everett
Counsel for Plaintiff

Served on pro se Defendant Leonard Foyt Jr. Via email: lfoytjr@gmail.com on 4/17/2026 Defendant Leonard Foyt Jr. did not respond.

Order Motion to Compel Discovery Responses