

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

_____
**United States Bankruptcy Judge**

---

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
| | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DOCKET CALL AND REOPEN DISCOVERY

On this day, the Court considered Plaintiff's Motion to Continue Trial Docket Call and

Reopen Discovery ("Motion"). Having considered the Motion and the arguments presented at the

hearing on April 16, 2026, the agreement of Defendant Adrianne Dawn Foty, the concurrently

filed Motions to Compel, and the record in this case, the Court finds that good cause exists to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED as follows:

1. The Trial Docket Call currently set for April 23, 2026, is **CONTINUED and RESET to June 25, 2026 at 9:00 a.m.**

2. Pursuant to the Alternative Scheduling Order, all dispositive motions must be filed no later than forty-five (45) days prior to the reset Trial Docket Call, making the new deadline **May 11, 2026.**

3. Unless otherwise ordered, all pretrial deadlines shall be reset consistent with the new Trial Docket Call, including:

   a. Joint Pretrial Order: **June 11, 2026;**

   b. Proposed Findings of Fact and Conclusions of Law: **June 11, 2026.**

4. Discovery is **reopened for the limited purpose** of completing the production required under the Agreed Order on Motion to Compel.

5. This continuance shall not prejudice any party's rights, claims, or defenses.

# # # END OF ORDER # # #

Respectfully agreed to by:

/s/ Clayton L. Everett
Clayton L. Everett
Counsel for Plaintiff

/s/ Robert Newark
Robert Newark
Counsel for Defendant Adrianne Foyt

Served on pro se Defendant Leonard Foyt Jr.
Via email: lfoytjr@gmail.com on 4/17/2026
Leonard Foyt Jr. did not respond.

Order on Motion to Continue Trial Docket Call & Reopen Discovery