

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

_____
**United States Bankruptcy Judge**

_____

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### AGREED ORDER GRANTING PLAINTIFF'S
### MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION

On this day, the Court considered Plaintiff's Motion to Compel Discovery Responses and

Production ("Motion"). The Court finds that the Motion should be **GRANTED as agreed** between

Plaintiff Advisory Financial Services, LLC and Defendant Adrianne Dawn Foyt ("Adrianne").

**IT IS THEREFORE ORDERED** that:

1. Adrianne shall fully supplement her discovery responses and produce all documents responsive to Plaintiff's Requests for Production, as identified in the Motion, including but not limited to:

   a. All 2024 bank records for accounts she owns, controls, or has access to;

   b. Supporting documentation for transfers, withdrawals, and deposits;

   c. Accounting records, including QuickBooks data, general ledgers, and related communications;

   d. Documents concerning customer payments and insider transfers; and

   e. 2024 gambling records and related financial documentation.

2. Adrianne shall complete the above production **within thirty (30) days** from entry of this Order.

3. Plaintiff reserves all rights to seek further relief, including sanctions, in the event of non-compliance.

4. Nothing in this Order shall constitute a waiver of any objections, claims, or defenses except as expressly set forth herein.

5. All relief not expressly granted herein is DENIED.

# # # END OF ORDER # # #

Respectfully agreed to by:

/s/ Clayton L. Everett                                     /s/ Robert Newark
Clayton L. Everett                                        Robert Newark
Counsel for Plaintiff                                  Counsel for Defendant
                                                            Adrianne Foyt