United States Bankruptcy Court

Northern District of Texas

Advisory Financial Services, LLC,

    Plaintiff

                                                 Adv. Proc. No. 25-04136-mxm

Foyt,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                   Signature:        /s/Gustava Winters

District/off: 0539-4                                    User: admin                                       Page 2 of 2
Date Rcvd: Apr 23, 2026                                 Form ID: pdf001                                  Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Plaintiff Advisory Financial Services  LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com |
| Warren V. Norred | on behalf of Plaintiff Advisory Financial Services  LLC warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 3



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

United States Bankruptcy Judge

---

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
| | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO
### COMPEL DISCOVERY RESPONSES AND PRODUCTION

On this day, the Court considered Plaintiff's Motion to Compel Discovery Responses and Production ("Motion"). The Court considered the Motion and the arguments presented at the hearing on April 16, 2026, and the Court finds that the Motion should be **GRANTED** in favor of

Plaintiff Advisory Financial Services, LLC and against Defendant Leonard Clarence Foyt, Jr.

("Leonard").

**IT IS THEREFORE ORDERED** that:

1.  Leonard shall fully supplement his discovery responses and produce all documents responsive to Plaintiff's Requests for Production, as identified in the Motion, including but not limited to:

    a.  All 2024 bank records for all accounts he owns, controls, or has access to, including any personal or business related bank accounts;

2.  Leonard shall complete the above production **within thirty (30) days** from entry of this Order.

3.  Failure to comply with this Order may result in further relief, including the imposition of sanctions or the striking of Leonard's defenses.

4.  Plaintiff reserves all rights to seek further relief, including sanctions, in the event of non-compliance.

5.  Nothing in this Order shall constitute a waiver of any objections, claims, or defenses except as expressly set forth herein.

6.  All relief not expressly granted herein is DENIED.

# # # END OF ORDER # # #

Respectfully by:

/s/ Clayton L. Everett
Clayton L. Everett
Counsel for Plaintiff

Served on pro se Defendant Leonard Foyt Jr.
Via email: lfoytjr@gmail.com on 4/17/2026
Defendant Leonard Foyt Jr. did not respond.

Order Motion to Compel Discovery Responses