United States Bankruptcy Court

Northern District of Texas

Advisory Financial Services, LLC,

    Plaintiff

Adv. Proc. No. 25-04136-mxm

Foyt,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:     /s/Gustava Winters

District/off: 0539-4

Date Rcvd: Apr 23, 2026

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Plaintiff Advisory Financial Services  LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com |
| Warren V. Norred | on behalf of Plaintiff Advisory Financial Services  LLC warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 3



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

United States Bankruptcy Judge

---

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

|  |  |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | |
| | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

## AGREED ORDER GRANTING PLAINTIFF'S
## MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION

On this day, the Court considered Plaintiff's Motion to Compel Discovery Responses and

Production ("Motion"). The Court finds that the Motion should be **GRANTED as agreed** between

Plaintiff Advisory Financial Services, LLC and Defendant Adrianne Dawn Foyt ("Adrianne").

**IT IS THEREFORE ORDERED** that:

1.  Adrianne shall fully supplement her discovery responses and produce all documents responsive to Plaintiff's Requests for Production, as identified in the Motion, including but not limited to:

    a.  All 2024 bank records for accounts she owns, controls, or has access to;

    b.  Supporting documentation for transfers, withdrawals, and deposits;

    c.  Accounting records, including QuickBooks data, general ledgers, and related communications;

    d.  Documents concerning customer payments and insider transfers; and

    e.  2024 gambling records and related financial documentation.

2.  Adrianne shall complete the above production **within thirty (30) days** from entry of this Order.

3.  Plaintiff reserves all rights to seek further relief, including sanctions, in the event of non-compliance.

4.  Nothing in this Order shall constitute a waiver of any objections, claims, or defenses except as expressly set forth herein.

5.  All relief not expressly granted herein is DENIED.

# # # END OF ORDER # # #

Respectfully agreed to by:

/s/ Clayton L. Everett                              /s/ Robert Newark
Clayton L. Everett                                  Robert Newark
Counsel for Plaintiff                               Counsel for Defendant
                                                   Adrianne Foyt

Agreed Order Motion to Compel Discovery Responses