United States Bankruptcy Court

Northern District of Texas

Advisory Financial Services, LLC,

    Plaintiff

Adv. Proc. No. 25-04136-mxm

Foyt,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf023 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 23 2026 23:00:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026        Signature:      /s/Gustava Winters

District/off: 0539-4                                    User: admin                                              Page 2 of 2
Date Rcvd: Apr 23, 2026                              Form ID: pdf023                                     Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Plaintiff Advisory Financial Services  LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com |
| Warren V. Norred | on behalf of Plaintiff Advisory Financial Services  LLC warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 3



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

United States Bankruptcy Judge

---

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr.** | **Case No. 25-42773-mxm7** |
| Debtor(s) | **Chapter 7** |
| **Advisory Financial Services, LLC** | |
| Plaintiff(s) | |
| **v.** | |
| **Adrianne Dawn Foyt et al.** | **Adversary No. 25-04136-mxm** |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO
### CONTINUE TRIAL DOCKET CALL AND REOPEN DISCOVERY

On this day, the Court considered Plaintiff's Motion to Continue Trial Docket Call and Reopen Discovery ("Motion"). Having considered the Motion and the arguments presented at the hearing on April 16, 2026, the agreement of Defendant Adrianne Dawn Foty, the concurrently

filed Motions to Compel, and the record in this case, the Court finds that good cause exists to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Motion is GRANTED as follows:

1. The Trial Docket Call currently set for April 23, 2026, is **CONTINUED and RESET to June 25, 2026 at 9:00 a.m.**

2. Pursuant to the Alternative Scheduling Order, all dispositive motions must be filed no later than forty-five (45) days prior to the reset Trial Docket Call, making the new deadline **May 11, 2026.**

3. Unless otherwise ordered, all pretrial deadlines shall be reset consistent with the new Trial Docket Call, including:

   a. Joint Pretrial Order: **June 11, 2026;**

   b. Proposed Findings of Fact and Conclusions of Law: **June 11, 2026.**

4. Discovery is **reopened for the limited purpose** of completing the production required under the Agreed Order on Motion to Compel.

5. This continuance shall not prejudice any party's rights, claims, or defenses.

# # # END OF ORDER # # #

Respectfully agreed to by:

/s/ Clayton L. Everett          /s/ Robert Newark
Clayton L. Everett              Robert Newark
Counsel for Plaintiff           Counsel for Defendant Adrianne Foyt

                                Served on pro se Defendant Leonard Foyt Jr.
                                Via email: lfoytjr@gmail.com on 4/17/2026
                                Leonard Foyt Jr. did not respond.

Order on Motion to Continue Trial Docket Call & Reopen Discovery