Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

- and -

Clayton Everett
NORRED LAW PLLC
515 E. Border Street, Suite 163
Arlington, Texas 76010
(817) 704-3984
clatyon@norredlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrienne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants*. | § | |

### AFS' MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:**

Advisory Financial Services, LLC, ("AFS") files this *Motion to Substitute Counsel* (the "Motion") pursuant to L.B.R. 2091-1.

### MOTION

1.    AFS has been represented in this adversary proceeding by Clayton Everett of Norred Law PLLC.

2.	AFS consents and agrees to Norred Law withdrawing as attorney of record in this matter.

3.	Broocks "Mack" Wilson, and the law firm of Wilson Friery PLLC ("Wilson Friery") will be substituted as attorneys of record for AFS.

4.	The Defendants [do not oppose] this withdrawal and substitution of counsel, which is not for delay.

**WHEREFORE**, AFS respectfully requests that this Court grant this motion, authorize the substitution of Broocks "Mack" Wilson and Wilson Friery PLLC for Clayton Everett and Norred Law as its counsel of record, and grant AFS any additional relief that this Court deems just and proper.


Dated: June 22, 2026

/s/ Broocks Wilson_____
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

- and -

/s/ Clayton Everett_____
Clayton Everett
NORRED LAW PLLC
515 E. Border Street, Suite 163
Arlington, Texas 76010
(817) 704-3984
clatyon@norredlaw.com

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that as related in paragraph 4 of the Motion, I conferred with Mr. Foty and counsel for Ms. Foyt by e-mail on this Motion to Substitute on June 19, 2026.  As of today's date, Ms. Foyt has no opposition and Mr. Foyt has not responded.

*/s/ Broocks M. Wilson*
Broocks M. Wilson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2026, a true and correct copy of the foregoing was served on all parties registered with CM/ECF to receive electronic notice in this adversary proceeding.

Additionally, a copy was also served upon Leonard Foyt, Jr., by email and via first-class mail, postage prepaid, at P.O. Box 304, Cresson, Texas 76035.

*/s/ Broocks M. Wilson*
Broocks M. Wilson