**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **ADRIANNE DAWN FOYT and** | ) | **Case No.  25-42773-mxm7** |
| **LEONARD CLARENCE FOYT, JR.,** | ) | **CHAPTER 7** |
| **DEBTORS,** | ) | |
| | ) | |
| -------------------------------------------------------- | ) | |
| | ) | |
| **ADVISORY FINANCIAL SERVICES, LLC,** | ) | **ADVERSARY NO. 25-04136** |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ADRIANNE DAWN FOYT, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT ADRIANNE DAWN FOYT'S RESPONSE TO
PLAINTIFF'S MOTION FOR RULE 37 SANCTIONS**

Defendant Adrianne Dawn Foyt ("Defendant" or "Adrianne") files this Response to the Motion for sanctions Other Rule 37 against Adrianne Foyt filed by Plaintiff Advisory Financial Services (referred to herein as "Motion for Rule 37 Sanctions"), and respectfully shows the Court as follows:

**I.      Preliminary Statement**

1.      Plaintiff's request to strike Defendant's pleadings and enter an adverse inference under Fed. R. Civ. P. 37(b)(2)(A) represents a severe, terminating remedy that is disproportionate under the current circumstances. While Defendant acknowledges her discovery obligations and the timelines set forth in this Court's April 23, 2026, Agreed Order, her delays are the result of technical and administrative hurdles rather than bad faith or an intentional information blackout.

---

DEFENDANT ADRIANNE DAWN FOYT'S RESPONSE TO
PLAINTIFF'S MOTION FOR RULE 37 SANCTIONS

## II.     Response to Allegations of Non-Compliance

2.      **Efforts to Secure 2024 Records:**  Plaintiff identifies missing 2024 bank records for Wellington State Bank accounts ending in 3223 and 4713, alongside QuickBooks data. Because these accounts were closed in January 2025, Defendant has experienced extended administrative delays in securing historical transactional paper trails directly from the financial institution. Defendant is actively continuing her efforts to secure this data.

3.      **Rejection of Fraudulent Intent:**  Defendant strongly disputes the characterization that routine "Owner Draws" or the historical corporate revenues of LA Services, LLC constitute a fraudulent concealment or a willful dissipation of estate assets. These corporate transactions require a full contextual presentation at trial rather than being summarily deemed "permanently established" fraud via an adverse inference.

## III.     Argument & Legal Authority

4.      **Terminating Sanctions Are Not Warranted:**  Under Rule 37(b)(2)(A), the court may issue "just" orders.  Striking a defendant's entire answer and affirmative defenses requires a threshold showing of flagrant bad faith and complete callous disregard. Defendant's delays do not meet this severe standard.

5.      **Mitigation of Prejudice:**  Plaintiff has already initiated third-party bank subpoenas to uncover the identical records sought from Defendant.  Because Plaintiff is securing these records via alternative discovery mechanisms, it faces no terminal evidentiary prejudice that would justify striking Defendant's defenses.

## IV.     Prayer for Relief

Defendant Adrianne Dawn Foyt respectfully requests that the Court deny the Motion for sanctions Other Rule 37 against Adrianne Foyt filed by Plaintiff Advisory Financial Service,

decline to enter the proposed order, grant her a brief extension to complete her production, and

award all other relief to which she is justly entitled.

Dated: June 23, 2026

RESPECTFULLY SUBMITTED,
/s/ Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone (866)230-7236
Fax (888)316-3398
Email:  robert@newarkfirm.com
Attorney for Defendant, Adrianne Dawn Foyt

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on June 23, 2026 a true and correct copy of the foregoing document was served on all counsels of record pursuant to the Federal Rules of Civil Procedure.

Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com

Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert C. Newark, III
Robert C. Newark, III
