**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|    **ADRIANNE DAWN FOYT and** | ) | **Case No.  25-42773-mxm7** |
|    **LEONARD CLARENCE FOYT, JR.,** | ) | **CHAPTER 7** |
|    **DEBTORS,** | ) | |
| | ) | |
| ---------------------------------------------------------- | ) | |
| | ) | |
| **ADVISORY FINANCIAL SERVICES, LLC,** | ) | **ADVERSARY NO. 25-04136** |
| | ) | |
|    **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ADRIANNE DAWN FOYT, et al,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

**DEFENDANT ADRIANNE DAWN FOYT'S RESPONSE TO
PLAINTIFF'S MOTION FOR CONTEMPT**

Defendant Adrianne Dawn Foyt ("Defendant" or "Adrianne") files this Response to the 0027. (06-04-2026) Motion for contempt against Adrianne Dawn Foyt regarding Refusing to comply with Compel Order  (referred to herein as "Motion for Contempt"), and respectfully shows the Court as follows:

**I.       Preliminary Statement**

Plaintiff seeks an order holding Defendant in contempt for her failure to comply with the Court's Agreed Order Granting Plaintiff's Motion to Compel Discovery Responses and Production entered on April 23, 2026. While Defendant deeply regrets the delay in final compliance, a finding of contempt is an extraordinary remedy requiring clear and convincing proof of a willful violation of a specific court order. Defendant has not willfully defied this Court.

**II.      Response to Allegations of Contemptuous Conduct**

A.      **Absence of Willful Defiance:** Defendant has faced severe logistical hurdles in retrieving accounting ledgers and gambling records from 2024. Her inability to produce these records immediately does not stem from an absolute disregard of the Compel Order, but rather from the complexities of retrieving historical data from closed entity structures and third-party platforms.

B.      **No Bad Faith Information Blackout**: The $40,000.00 cash transfer to Leonard Foyt, Sr. in October 2024 and the parallel revenue shifts within LA Services, LLC are corporate actions that require substantial documentation. Defendant is working in good faith to compile these files and has no intent to erase transactional trails or block Plaintiff's trial preparation.

**III.      Argument & Legal Authority**

A.      **Contempt Standards Have Not Been Met**: Civil contempt requires a showing that the responding party had the absolute ability to comply and chose not to do so out of defiance. Defendant's inability to clear technical and institution-driven tracking hurdles within the strict timeline constitutes a defense to a contempt citation.

B.      **Less Restrictive Alternatives Exist**: Rather than issuing a contempt citation or ordering the severe sanctions tied to it, a brief, final extension of time to comply would resolve the discovery dispute without bypassing a determination of this adversary proceeding on its true merits.

**IV.      Prayer for Relief**

Defendant Adrianne Dawn Foyt respectfully requests that the Court deny the Motion for Contempt against Adrianne Dawn Foyt regarding Refusing to comply with Compel Order

filed.pdf, grant her a brief, definitive period to cure any remaining discovery deficiencies, and deny

all requests for contempt-related sanctions.

Dated: June 23, 2026

RESPECTFULLY SUBMITTED,
/s/ Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone (866)230-7236
Fax (888)316-3398
Email:  robert@newarkfirm.com
Attorney for Defendant, Adrianne Dawn Foyt

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on June 23, 2026 a true and correct copy of the foregoing document was served on all counsels of record pursuant to the Federal Rules of Civil Procedure.

Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com

Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert C. Newark, III
Robert C. Newark, III
