Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com
Counsel for Advisory Financial Services, LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrienne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants*. | § | |

**AFS' WITNESS & EXHIBIT LIST**

Advisory Financial Services, LLC, ("AFS") submits this *Witness and Exhibit List* in connection with the hearing on the (1) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[1] (2) *Plaintiff's Motion for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[2] (3) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[3] and (4) *Plaintiff's Motion for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[4] scheduled for **July 27, 2026, at 1:30 pm (CT)**

---

[1] ECF No. 24.

[2] ECF No. 25.

[3] ECF No. 26.

[4] ECF No. 27.

in the above-captioned adversary proceeding (the "Hearing").   AFS respectfully designates the following witnesses and exhibits:

**WITNESSES**

1.  Dale M. ("Matt") Reynolds;

2.  Adrianne Foyt;

3.  Leonard Foyt;

4.  Marvin Fath;

5.  Clayton Everett;

6.  Any witness designated or called by any other party; and

7.  Impeachment or rebuttal witnesses.

**EXHIBITS**

| Exhibit No. | Document | Offered | Admitted |
|---|---|---|---|
| 1. | *Order Granting Plaintiff's Motion to Compel Discovery Responses and Production* (ECF No. 18) | | |
| 2. | *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.* (the "Sanctions Motion") (ECF No. 24) | | |
| 3. | E-Mails With Court Staff Regarding Hearing on the Sanctions Motion | | |
| 4. | *Notice of Hearing* on Sanctions Motion (ECF No. 33) | | |

| | | | |
|---|---|---|---|
| 5. | E-Mails with Defendants on Hearing on the Sanctions Motion | | |
| 6. | Receipt for Direct Mailing Service dated June 30, 2026 | | |
| 7. | LA Services LLC Signature Card dated October 30, 2024 | | |
| 8. | LA Services LLC Account Agreement dated May 15, 2020 | | |
| 9. | Any and all exhibits properly identified, designated, and admitted by any other party or parties-in-interest; and | | |
| 10. | Impeachment or rebuttal exhibits. | | |

Debtor reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: July 23, 2026

By:    */s/ Broocks M. Wilson*
Broocks 'Mack' Wilson
State Bar No. 24102655
Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

*Counsel for Advisory Financial Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 23, 2026, a true and correct copy of the foregoing was served on all parties registered with CM/ECF to receive electronic notice in this adversary proceeding.

Additionally, a copy was also served upon Leonard Foyt, Jr., by email.


*/s/ Broocks M. Wilson*
Broocks M. Wilson