Outlook

## Re: Adv. 25-4136 (AFS v. Foyt) / Request for Hearing

**From** Mack Wilson <mack@wilsonfriery.com>

**Date** Fri 6/26/2026 11:53 AM

**To**  Robert Newark <robert@newarkfirm.com>; lfoytjr@gmail.com <lfoytjr@gmail.com>

**Cc**  Clayton Everett <clayton@norredlaw.com>

Robert and Mr. Foyt - my preference is July 27.  Is there any date that is better for you all?

Please let me know by the end of the day so that I can timely respond to Ms. Speer.

Thank you.

Best,
Mack

Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
Phone: 713-320-8690

---

**From:** TXNB MXM_Settings <mxm_settings@txnb.uscourts.gov>
**Sent:** Friday, June 26, 2026 11:48 AM
**To:** Mack Wilson <mack@wilsonfriery.com>
**Cc:** Robert Newark <robert@newarkfirm.com>; Clayton Everett <clayton@norredlaw.com>; lfoytjr@gmail.com <lfoytjr@gmail.com>
**Subject:** Re: Adv. 25-4136 (AFS v. Foyt) / Request for Hearing

I have July 20th at 9:30 and July 27th at 1:30 available?

Jennifer

 Jennifer Speer
Courtroom Deputy for the Honorable Mark X. Mullin
Court Services Supervisor
U.S. Bankruptcy Court | Northern District of Texas
MXM_settings@txnb.uscourts.gov | 817.333.6016

---

**From:** Mack Wilson <mack@wilsonfriery.com>
**Sent:** Friday, June 26, 2026 11:44 AM
**To:** TXNB MXM_Settings <mxm_settings@txnb.uscourts.gov>
**Cc:** Robert Newark <robert@newarkfirm.com>; Clayton Everett <clayton@norredlaw.com>; lfoytjr@gmail.com

Exhibit 3 -- 2

<lfoytjr@gmail.com>

**Subject:** Re: Adv. 25-4136 (AFS v. Foyt) / Request for Hearing

**CAUTION - EXTERNAL:**

Hi Jennifer - my estimate would be 30 minutes.

Thank you!

Best,
Mack

---

**From:** TXNB MXM_Settings <mxm_settings@txnb.uscourts.gov>
**Sent:** Friday, June 26, 2026 11:28 AM
**To:** Mack Wilson <mack@wilsonfriery.com>
**Cc:** Robert Newark <robert@newarkfirm.com>; Clayton Everett <clayton@norredlaw.com>; lfoytjr@gmail.com <lfoytjr@gmail.com>
**Subject:** Re: Adv. 25-4136 (AFS v. Foyt) / Request for Hearing

How much time do the parties anticipate for the hearing?

Jennifer



Jennifer Speer
Courtroom Deputy for the Honorable Mark X. Mullin
Court Services Supervisor
U.S. Bankruptcy Court | Northern District of Texas
MXM_settings@txnb.uscourts.gov  | 817.333.6016

---

**From:** Mack Wilson <mack@wilsonfriery.com>
**Sent:** Friday, June 26, 2026 10:59 AM
**To:** TXNB MXM_Settings <mxm_settings@txnb.uscourts.gov>
**Cc:** Robert Newark <robert@newarkfirm.com>; Clayton Everett <clayton@norredlaw.com>; lfoytjr@gmail.com <lfoytjr@gmail.com>
**Subject:** Adv. 25-4136 (AFS v. Foyt) / Request for Hearing

**CAUTION - EXTERNAL:**

Good Morning Ms. Speer - the plaintiff in the AFS v. Foyt adversary proceeding (25-4136) have four pending motions filed on June 4, 2026, at ECF Nos. 24-27 that we'd request a hearing on.  I included counsel for all the parties on this e-mail.

Can you please give us some dates the Court is available to hear the motions and we will coordinate amongst ourselves to select one?

Please let us know if you need anything else from us.

Thank you!

Exhibit 3 - 3

Best,
Mack

Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
Phone: 713-320-8690

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.