Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

- and -

Clayton Everett
NORRED LAW PLLC
515 E. Border Street, Suite 163
Arlington, Texas 76010
(817) 704-3984
clatyon@norredlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrienne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on (1) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[1] (2) *Plaintiff's Motion for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[2] (3) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[3] and (4) *Plaintiff's Motion*

[1] ECF No. 24.

[2] ECF No. 25.

[3] ECF No. 26.

*for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[4] have been set for hearing on **July 27, 2026, at 1:30 p.m. before the Honorable Mark X. Mullin at the United States Courthouse, 501 West 10th Street, Fort Worth, Texas 76102.**

      **PLEASE TAKE FURTHER NOTICE** that parties may appear remotely in accordance with the Court's Telephonic/Video Hearing Policy, which is available at:

https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.

Dated: June 30, 2026

/s/ Broocks Wilson
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

COUNSEL FOR ADVISORY FINANCIAL
SERVICES, LLC

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 30, 2026, a true and correct copy of the foregoing was served on all parties registered with CM/ECF to receive electronic notice in this adversary proceeding.

      Additionally, a copy was also served upon Leonard Foyt, Jr., by email and via first-class mail, postage prepaid, at P.O. Box 304, Cresson, Texas 76035.

/s/ Broocks M. Wilson
Broocks M. Wilson

---

[4] ECF No. 27.