Outlook

## AFS v. Foyt (25-4136) Notice of Hearing

**From** Mack Wilson <mack@wilsonfriery.com>

**Date** Tue 6/30/2026 9:38 AM

**To**    Robert Newark <robert@newarkfirm.com>; lfoytjr@gmail.com <lfoytjr@gmail.com>

📎 1 attachment (177 KB)

Reynolds_Notice of Contempt Hearing (vFiled).pdf;

Good Morning All - attached is a notice of hearing for **July 27, 2026, at 1:30 p.m.** in the adversary proceeding between AFS and the Foyts.  Please let me know if you have any questions.

Best,
Mack

Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
Phone: 713-320-8690