Broocks "Mack" Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

- and -

Clayton Everett
NORRED LAW PLLC
515 E. Border Street, Suite 163
Arlington, Texas 76010
(817) 704-3984
clatyon@norredlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrienne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on (1) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[1] (2) *Plaintiff's Motion for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[2] (3) *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt Jr.*,[3] and (4) *Plaintiff's Motion*

---

[1] ECF No. 24.

[2] ECF No. 25.

[3] ECF No. 26.

*for Rule 37 Sanctions and Contempt Against Defendant Adrienne Dawn Foyt*,[4] have been set for hearing on **July 27, 2026, at 1:30 p.m. before the Honorable Mark X. Mullin at the United States Courthouse, 501 West 10th Street, Fort Worth, Texas 76102.**

**PLEASE TAKE FURTHER NOTICE** that parties may appear remotely in accordance with the Court's Telephonic/Video Hearing Policy, which is available at:

https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.

Dated: June 30, 2026

/s/ Broocks Wilson
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

COUNSEL FOR ADVISORY FINANCIAL
SERVICES, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2026, a true and correct copy of the foregoing was served on all parties registered with CM/ECF to receive electronic notice in this adversary proceeding.

Additionally, a copy was also served upon Leonard Foyt, Jr., by email and via first-class mail, postage prepaid, at P.O. Box 304, Cresson, Texas 76035.

/s/ Broocks M. Wilson
Broocks M. Wilson

---

[4] ECF No. 27.

| NAME OF PARTY / ACCOUNT REFERENCE | **DECLARATION OF MAILING** |
| --- | --- |
| | **CERTIFICATE OF SERVICE** |
| AFS | |
| | Mack |

On 6/30/2026, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, First Class, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Parties who were mailed documents via certified mail, return receipt requested, are those listed as certified on the attached mailing matrix.

I caused these documents to be served by utilizing the services of CertificateofService.com.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/30/2026

/s/ Broocks Wilson
Broocks Wilson
708 Main Street, 10th Floor
Houston, TX  77002
832 949 7999

This is a receipt for mailing services and a normal and customary business record of the business transaction between  and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy Courts.

**RECEIPT FOR DIRECT MAILING:**
Exhibit 6 -- 3

| | **RECEIPT FOR DIRECT MAILING SERVICE** |
|---|---|
| Broocks Wilson<br>708 Main Street, 10th Floor<br>Houston, TX  77002 | Mack |

On 6/30/2026, a copy of the following documents, described below,

Mailing List:  SEE ATTACHED LIST

Documents Served:

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Documents served via Certified Mail, Return Receipt Requested are denoted on the attached mailing list, attched hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/30/2026

Victoria Blake
CertificateofService.com for
Broocks Wilson
708 Main Street, 10th Floor
Houston, TX  77002

This is a receipt for mailing services and a normal and customary business record of the business transaction between  and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy Courts.

FIRST CLASS

LEONARD FOYT, JR.
PO BOX 304
CRESSON TX 76035