**ACCOUNT INFORMATION**
**CHECKING ACCOUNT**

**Wellington State Bank**
**1343 N PLAZA DR**
**GRANBURY, Texas 76048**
**(817)579-6000**

**ACCOUNT TITLE AND ADDRESS**

LA SERVICES LLC
223 INDUSTRIAL AVE
GRANBURY, TX 76049

**This is a Change to an Existing Account Information, Checking Account, effective October 30, 2024.**

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | DOCUMENT CREATION DATE | INITIAL DEPOSIT |
|---|---|---|---|---|---|
| February 27, 2024 | 1713 | Limited Liability Company Tax Classification: | BUSINESS CHECKING | 10/30/2024 | $0.00 |

**BUSINESS ENTITY INFORMATION**

| | | |
|---|---|---|
| Name: | LA SERVICES LLC | |
| Address: | 223 INDUSTRIAL AVE | |
| | GRANBURY, TX 76049 | |
| E-Mail Address: | af.laservices@yahoo.com | |
| Contact Name: | ADRIANNE DAWN FOYT | |
| Contact Title: | Controller Individual | |
| Contact Phone: | (940)521-2534 | |
| Contact E-Mail: | af.laservices@yahoo.com | |

Business Filing State:    TX
Date Established:    November 10, 2021
Nature of Business:    LAND IMPROVEMENTS
NAICS/ISIC Code:
Resolution Date:    November 10, 2021

**Account holder does not engage in Internet Gambling.**

**DEFINITIONS.** "You," "your," and "account owner" refer to the Account holder, whether or not there are one or more Account holders named on the account, and the terms "we," "us," and "our" refer to the Bank, Wellington State Bank.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**ACKNOWLEDGMENT.** By signing this document, you acknowledge that you have opened the type of account designated above. The undersigned certify that all information provided to the Bank is true and accurate. As the account is in the name of a business entity, you acknowledge that you are acting on behalf of the business entity, and with respect to which you have legal authority to transact business. All signers authorize this Bank to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account. You also acknowledge that you have requested a change to your account and the terms of the Account Agreement and the Disclosures related to your existing account have been revised in their entirety effective on October 30, 2024.

Your signature acknowledges the receipt of the appropriate Account Agreement for the type of account designated above and that you agree to be bound by the Account Agreement. You acknowledge that you have received the following document(s):
- Funds Availability Policy Disclosure
- Truth In Savings Disclosure
- Fee Schedule

**One Signer Required for Withdrawals**

LA SERVICES LLC

By: CHEYENNE NIKOLE DYER                10/30/24        By: ADRIANNE DAWN FOYT                10/30/24
Its: AUTHORIZED SIGNER OFFICE MANAGER    Date          Its: Controller Individual            Date

By: LEONARD C FOYT JR                10/30/14
Its: AUTHORIZED SIGNER                Date