AT&T Yahoo Mail - Fwd: LA Services Signature cards

# Account Agreement

**Financial Institution**

Wellington State Bank
1000 8th Street
Wellington, TX 79095-2700

**Account Holder**

LA SERVICES LLC, OPERATING ACCOUNT
P O BOX 1603
GRANBURY , TX 76048

**Account Opening Date:** May 15, 2020

## Account(s) - Type, Number, Initial Deposit

- **Business Regular Checking** - Account Number:    1980
- **Opened By:** SLB
- **Approved By:** MAJ

## Taxpayer Identification Number

823476685 (LA SERVICES LLC, OPERATING ACCOUNT)

## Ownership of Account

The ownership you have selected and intend is: **Limited Liability Company.**

## Owner Information

Name: LA SERVICES LLC, OPERATING ACCOUNT
EIN:    6685
State/Country of Organization: Texas
Address: 223 INDUSTRIAL , GRANBURY , TX 76049
Authorization/Resolution Date: May 15, 2020

## Additional Information

**Number of signatures required for withdrawal:** 1

## Signatures

Each of the undersigned certifies the accuracy of the information provided and authorizes the financial institution to investigate credit and employment history and obtain reports from consumer reporting agencies on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms and acknowledge receipt of copies of this document and the following: Terms and Conditions, Privacy, Electronic Fund Transfers, Non-Consumer Account Disclosure, Funds Availability and Common Features

**LA SERVICES LLC, OPERATING ACCOUNT**
*A Texas Limited Liability Company*

| | |
|---|---|
| **ADRIANNE DAWN FOYT**    Date | **LENARD C FOYT JR**    Date |
| *MEMBER* | *AUTHORIZED SIGNER* |

Account Agreement - TX
© 2018 Wolters Kluwer Financial Services, Inc
All rights reserved

20200051519 2 0 2685-N20200326N

02/2020
Page 1 of 1

about:blank