


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 24, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrienne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

On this day, the Court considered Advisory Financial Services, LLC's ("AFS") *Motion to Substitute Counsel* (the "Motion"). Based on the Motion and the record before it, the Court finds good cause to grant the Motion.

It is therefore ORDERED that Clayton Everett and Norred Law PLLC are withdrawn as attorneys of record for AFS.

It is further ORDERED that Broocks Wilson and Wilson Friery PLLC are substituted as

counsel of record for AFS for all purposes in this adversary proceeding.

### END OF ORDER ###

*/s/ Broocks Wilson*
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

- and -

*/s/ Clayton Everett*
Clayton Everett
NORRED LAW PLLC
515 E. Border Street, Suite 163
Arlington, Texas 76010
(817) 704-3984
clatyon@norredlaw.com