

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2026**

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADRIANNE DAWN FOYT AND LEONARD CLARENCE FOYT, JR., | § | CASE NO. 25-42773- MXM-7 |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| ADVISORY FINANCIAL SERVICES, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADV. NO. 25-04136-MXM |
| | § | |
| ADRIANNE DAWN FOYT ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

### ORDER DENYING MOTIONS FOR SANCTIONS AND CONTEMPT
*[Relates to Adv. ECF Nos. 24 & 26]*

Before the Court are the Motions[1] filed by Advisory Financial Services, LLC (the

"**Movant**"). Through its Motions, Movant seeks Rule 37 sanctions against Mr. Leonard Clarence

---

[1] *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt, Jr.*, Adv. ECF No. 24, 26 (the "**Motions**").

Foyt, Jr. for failure to comply with this Court's Compel Order[2] entered on April 23, 2026. After considering the Motions, the exhibits admitted into evidence, and the parties' arguments, the Court finds and concludes the Motions should be ***DENIED*** for the reasons stated on the record.

It is therefore **ORDERED** that the Motions are ***DENIED***.

**##END OF ORDER##**

---

[2] *Order Granting Plaintiff's Motion to Compel Discovery Responses and Production*, Adv. ECF No. 18 (the "***Compel Order***").