Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Former Counsel for Advisory Financial Services, LLC

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re: | |
| Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr. | Case No. 25-42773-mxm7 |
| Debtors. | Chapter 7 |
| Advisory Financial Services, LLC | |
| Plaintiff, | Adversary No. 25-04136-mxm |
| v. | |
| Adrianne Dawn Foyt et al. | |
| Defendants. | |

## FORMER COUNSEL'S NOTICE OF CORRECTION
## REGARDING ECF NOS. 24 & 26

Clayton L. Everett and Norred Law, PLLC, former counsel for Plaintiff Advisory Financial Services, LLC, file this Notice to correct statements contained in *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt, Jr.* [ECF Nos. 24 and 26] [1], which was signed and filed by undersigned former counsel.

1.      On June 4, 2026, undersigned counsel filed Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt, Jr. (the "Motion") [ECF Nos. 24 and 26].

---

[1] ECF Nos. 24 and 26 contain substantively identical motions that were docketed separately in connection with the distinct forms of relief requested. References to the "Motion" in this Notice refer collectively to both filings.

2.      The Motion stated that Defendant Leonard Clarence Foyt, Jr. had produced no documents in response to the Court's April 23, 2026 Order Granting Plaintiff's Motion to Compel Discovery Responses and Production [ECF No. 18].

3.      At the time the Motion was prepared and filed, undersigned counsel understood that no documents had been received from Mr. Foyt in response to the Court's order.

4.      On July 27, 2026, Plaintiff's present counsel informed undersigned counsel that Mr. Foyt had testified that he sent responsive documents to Norred Law, PLLC by UPS on May 1, 2026, under Tracking No. 1Z1RA9670301925005, and that UPS records reflected delivery on May 6, 2026.

5.      Upon receiving that information, Norred Law, PLLC conducted an audit of its physical and electronic files.

6.      The audit confirmed that a UPS package sent by Mr. Foyt was delivered to Norred Law, PLLC on May 6, 2026, and that bank statements enclosed in the package were saved to the firm's electronic case file on May 7, 2026.

7.      The package did not contain a cover letter, a certificate of service, a formal discovery response, or any other readily apparent document identifying the enclosed records as a production by Mr. Foyt in response to the Court's April 23, 2026 Order.

8.      The package was recorded internally only under the surname "Foyt," which was somewhat ambiguous considering that there are two separate defendants with the same surname. The enclosed documents were also saved in the electronic litigation file under the generic description "Bank Statements," rather than in the folder ordinarily used for discovery productions received from opposing parties.

9.      As a result of those internal filing and identification issues, the documents were not identified during undersigned counsel's pre-filing review as records produced by Mr. Foyt in response to the Court's April 23, 2026 Order.

10.     The statements in the Motion that Mr. Foyt had produced "absolutely zero pages," had "completely failed to provide any documents," and had "completely refused" to produce financial records were therefore incorrect.

11.     Undersigned counsel regrets the error and files this Notice promptly upon confirming the May 6, 2026 delivery and May 7, 2026 electronic filing of the documents.

12.     Norred Law, PLLC is no longer counsel for Plaintiff following the Court's entry of an order substituting counsel.

13.     This Notice is filed to correct the statements made in a document signed and filed by undersigned former counsel. Former counsel does not, through this Notice, appear on behalf of Plaintiff, advocate for either party, or take any position concerning:

    a.  whether the documents produced by Mr. Foyt fully complied with the Court's April 23, 2026 Order;

    b.  whether any discovery deficiencies remain;

    c.  whether the Motion should be withdrawn, amended, or otherwise addressed; or

    d.  whether Plaintiff should seek sanctions or any other relief.

14.     Those issues are reserved to Plaintiff and its present counsel.

Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Former Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 29, 2026, a true and correct copy of this Notice was served through the Court's CM/ECF system upon all counsel of record, Broocks Wilson, and by regular first-class mail upon any party not receiving electronic service at the address shown on the Court's docket.

  /s/ Clayton L. Everett
   Clayton L. Everett