United States Bankruptcy Court

Northern District of Texas

Advisory Financial Services, LLC,

    Plaintiff

Foyt,

    Defendant

Adv. Proc. No. 25-04136-mxm

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jul 28 2026 21:45:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 28 2026 21:45:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 28 2026 21:45:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 28 2026 21:45:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 28 2026 21:45:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 28 2026 21:45:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 28, 2026                       Form ID: pdf001                              Total Noticed: 6

Date: Jul 30, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Broocks Wilson | on behalf of Plaintiff Advisory Financial Services  LLC mack@wilson-pllc.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com,1194330420@filings.docketbird.com |

TOTAL: 2



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2026**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADRIANNE DAWN FOYT AND LEONARD | § | |
| CLARENCE FOYT, JR., | § | CASE NO. 25-42773- MXM-7 |
| | § | |
| DEBTORS. | § | CHAPTER 7 |
| | § | |
| ADVISORY FINANCIAL SERVICES, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADV. NO. 25-04136-MXM |
| | § | |
| ADRIANNE DAWN FOYT ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |
| | § | |

### ORDER DENYING MOTIONS FOR SANCTIONS AND CONTEMPT
*[Relates to Adv. ECF Nos. 24 & 26]*

Before the Court are the Motions[1] filed by Advisory Financial Services, LLC (the

"***Movant***"). Through its Motions, Movant seeks Rule 37 sanctions against Mr. Leonard Clarence

---

[1] *Plaintiff's Motion for Rule 37 Sanctions Against Pro Se Defendant Leonard Clarence Foyt, Jr.*, Adv. ECF No. 24,
26 (the "***Motions***").

Foyt, Jr. for failure to comply with this Court's Compel Order[2] entered on April 23, 2026. After

considering the Motions, the exhibits admitted into evidence, and the parties' arguments, the Court

finds and concludes the Motions should be *DENIED* for the reasons stated on the record.

It is therefore **ORDERED** that the Motions are *DENIED*.

**##END OF ORDER##**

---

[2] *Order Granting Plaintiff's Motion to Compel Discovery Responses and Production*, Adv. ECF No. 18 (the "***Compel Order***").