CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 21, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants*. | § | |

**<u>AMENDED SCHEDULING ORDER</u>**

On August 27, 2026, the Court held a status conference in this adversary proceeding and directed the parties to submit a proposed amended scheduling order. Having considered the record in this adversary proceeding and the comments of the parties and their counsel at the status conference, and finding good cause to reset the trial setting and pretrial deadlines to permit limited additional discovery, the Court enters the following Amended Scheduling Order:

1. The Trial Docket Call is set for **February 25, 2027, at 9:00 a.m.**, which will be held remotely by WebEx. The link for WebEx Video Paricipation/Attendance is: https://us-courts.webex.com/meet/mullin, For WebEx Telephonic Only Participation/Attendance, the Dial-In is 1-650-479-3207, and the Meeting ID is 2310-650-8783.

2. The status conference set for September 24, 2026, at 9:00 a.m. is **cancelled.**

3. Discovery is reopened for the limited purposes of permitting the parties to obtain non-party discovery pursuant to Federal Rule of Civil Procedure 45, applicable here by Federal Rule of Bankruptcy Procedure 9016.

4. Non-party discovery must be served no later than November 2, 2026. Responses and production shall be due as dated in the requests, but in no event later than December 7, 2026.

5. Any motion to compel compliance with non-party discovery must be filed no later than December 18, 2026.

6. Discovery for all purposes shall close on January 8, 2027.

7. Except as provided specifically in this Order, discovery remains closed. No party may serve additional written discovery on, or take the deposition of, any other party absent agreement of the parties or further order of the Court.

8. All dispositive motions must be served by January 11, 2027.

9. The parties shall file a Joint Pretrial Order by February 11, 2027. If the parties cannot agree on a form of pretrial order, each party shall file their proposed version on February 11, 2027.

10. Each party must file Proposed Findings of Fact and Conclusions of Law by February 11, 2027.

### END OF ORDER ###

*/s/ Broocks Wilson*________
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

Counsel for Advisory Financial Services, LLC

- and -

*/s/ Robert Newark*___________
Robert Newark
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
(972) 332-5733
robert@newarkfirm.com

Counsel for Adrianne Foyt

- and –

Leonard Foyt Jr.*
*** - Counsel for Advisory Financial Services, LLC, had a phone conversation with Mr. Foyt 3:06 p.m. on Wednesday, September 16, during which he indicated that he agreed to the Amended Scheduling Order.**