United States Bankruptcy Court

Northern District of Texas

Advisory Financial Services, LLC,
Plaintiff

Adv. Proc. No. 25-04136-mxm

Foyt,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2026 | Form ID: pdf001 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 21 2026 22:45:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Sep 21 2026 22:45:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 21 2026 22:45:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Broocks Wilson | on behalf of Plaintiff Advisory Financial Services LLC mack@wilson-pllc.com |
| Clayton Everett | on behalf of Other Professional Norred Law PLLC clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com,1194330420@filings.docketbird.com |

TOTAL: 3

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 21, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants*. | § | |

**AMENDED SCHEDULING ORDER**

On August 27, 2026, the Court held a status conference in this adversary proceeding and directed the parties to submit a proposed amended scheduling order. Having considered the record in this adversary proceeding and the comments of the parties and their counsel at the status conference, and finding good cause to reset the trial setting and pretrial deadlines to permit limited additional discovery, the Court enters the following Amended Scheduling Order:

1. The Trial Docket Call is set for **February 25, 2027, at 9:00 a.m.**, which will be held remotely by WebEx. The link for WebEx Video Paricipation/Attendance is: https://us-courts.webex.com/meet/mullin, For WebEx Telephonic Only Participation/Attendance, the Dial-In is 1-650-479-3207, and the Meeting ID is 2310-650-8783.

2. The status conference set for September 24, 2026, at 9:00 a.m. is **cancelled.**

3. Discovery is reopened for the limited purposes of permitting the parties to obtain non-party discovery pursuant to Federal Rule of Civil Procedure 45, applicable here by Federal Rule of Bankruptcy Procedure 9016.

4. Non-party discovery must be served no later than November 2, 2026. Responses and production shall be due as dated in the requests, but in no event later than December 7, 2026.

5. Any motion to compel compliance with non-party discovery must be filed no later than December 18, 2026.

6. Discovery for all purposes shall close on January 8, 2027.

7. Except as provided specifically in this Order, discovery remains closed. No party may serve additional written discovery on, or take the deposition of, any other party absent agreement of the parties or further order of the Court.

8. All dispositive motions must be served by January 11, 2027.

9. The parties shall file a Joint Pretrial Order by February 11, 2027. If the parties cannot agree on a form of pretrial order, each party shall file their proposed version on February 11, 2027.

10. Each party must file Proposed Findings of Fact and Conclusions of Law by February 11, 2027.

### END OF ORDER ###

*/s/ Broocks Wilson*________
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

Counsel for Advisory Financial Services, LLC

- and -

*/s/ Robert Newark*___________
Robert Newark
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
(972) 332-5733
robert@newarkfirm.com

Counsel for Adrianne Foyt

- and –

Leonard Foyt Jr.*
*** - Counsel for Advisory Financial Services, LLC, had a phone conversation with Mr. Foyt 3:06 p.m. on Wednesday, September 16, during which he indicated that he agreed to the Amended Scheduling Order.**