Broocks "Mack" Wilson
State Bar No. 24102655
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: 713-320-8690
mack@wilsonfriery.com
*Counsel for AFS*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-42773-mxm7 |
| LEONARD CLARENCE FOYT, JR., | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| ADVISORY FINANCIAL SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-04136-mxm |
| | § | |
| ADRIANNE DAWN FOYT and LEONARD CLARENCE FOYT, JR., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION TO ENTER AGREED JUDGMENT**
**<u>AGAINST LEONARD CLARENCE FOYT, JR.</u>**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, FORT WORTH, TEXAS 76102, BEFORE CLOSE OF BUSINESS ON **DECEMBER 14, 2026**, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Advisory Financial Services, LLC, ("AFS") files this *Motion to enter the Agreed Judgment* resolving its claims against Defendant Leonard Clarence Foyt, Jr.

**I. Relief Requested**

1. AFS asks the Court to enter the Agreed Judgment attached as Exhibit A, which Leonard Clarence Foyt, Jr. has signed.

2. The Agreed Judgment awards AFS $343,000 against Leonard, excepted from discharge under 11 U.S.C. § 523(a)(2)(A), (a)(4), and (a)(6), and dismisses AFS's remaining claims against him with prejudice, including its claims under 11 U.S.C. § 727. AFS's claims against Adrianne Dawn Foyt are not affected and remain pending.

**II. Background**

3. AFS filed this adversary proceeding on October 24, 2025, against Adrianne Dawn Foyt and Leonard Clarence Foyt, Jr., asserting claims under 11 U.S.C. § 523(a)(2)(A), (a)(4), and (a)(6), and under 11 U.S.C. § 727.

4. Leonard appears pro se.

5. On October 2, 2026, the Court entered an order of discharge in the underlying bankruptcy case.[1] AFS did not move to vacate that order, and the time to do so has passed.

6. After the discharge order was entered, AFS and Leonard agreed to the Agreed Judgment attached as Exhibit A, which Leonard executed on October 25, 2026. Under that agreement, Leonard agreed to entry of a judgment against him for $343,000 excepted from discharge under § 523(a)(2)(A), (a)(4), and (a)(6). The parties separately agreed that a $17,000 post-petition restitution obligation payable to AFS was not impacted by the agreed judgment.

---

[1] Bankr. N.D. Tex. Case No. 25-42773-mxm7, ECF No. 39.

## III. Rule 7041

7. Federal Rule of Bankruptcy Procedure 7041 provides that a complaint objecting to the debtor's discharge may be dismissed on the plaintiff's motion only by court order containing terms and conditions the court considers proper, and after notice to the trustee, the United States Trustee, and any other person the court directs.

8. The § 727 claims have been mooted. The Court entered Leonard's discharge before the parties reached this settlement, AFS did not move to vacate that order, the time to do so has passed, and AFS does not seek revocation of the discharge under § 727(d).

9. The Agreed Judgment dismisses the § 727 claims with prejudice.

## IV. Notice

10. AFS has served this Motion on the chapter 7 trustee, the United States Trustee, Leonard Clarence Foyt, Jr., counsel for Adrianne Dawn Foyt, and the parties identified in the certificate of service below. AFS will provide any further notice the Court directs.

## V. Prayer

WHEREFORE, AFS asks the Court to enter the Agreed Judgment attached as Exhibit A, and to grant AFS any such other relief, in law or equity, to which it is entitled.

Dated: November 23, 2026

Respectfully submitted,

*<u>/s/ Broocks Wilson</u>*
Broocks "Mack" Wilson
State Bar No. 24102655
708 Main Street, 10th Floor
Houston, Texas 77002
Telephone: 713-320-8690
mack@wilsonfriery.com

*Counsel for AFS*

**CERTIFICATE OF CONFERENCE**

I certify that on October 27, 2026, I e-mailed John Dee Spicer and the Office of the United States Trustee regarding the relief requested and received no response.

*<u>/s/ Broocks Wilson</u>*
Broocks "Mack" Wilson

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 23, 2026, a true and correct copy of the foregoing was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this bankruptcy case and adversary proceeding, and on the attached service list via US First Class Mail as required by Local Rule 9019-1(b)(2).

*/s/ Broocks Wilson*
Broocks "Mack" Wilson