| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-42773-mxm7<br>Northern District of Texas<br>Ft. Worth<br>Mon Nov 23 22:09:16 CST 2026 | AmeriCredit Financial Services, Inc. dba GM<br>PO Box 183853<br>Arlington, TX 76096-3853 | Hood CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>3500 Maple Avenue<br>Suite 800<br>DALLAS, TX 75219-3959 |
| Systems & Services Technologies, Inc.<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX 75254-7685 | Wellington State Bank<br>1343 N Plaza Drive<br>Granbury, Tx 76048-2559 | West Kentucky Country Barn LLC<br>c/o Wilkins Patterson, PA<br>PO Box 1080<br>Ridgeland, MS 39158-1080 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | 1st Access/TBOM/VT<br>10182 Telesis Ct Suite 300<br>San Diego, CA 92121-4777 | APSCO Supply Inc.<br>1208 E. Washington St.<br>Stephenville, TX 76401-4612 |
| AT&T<br>P.O. Box 630047<br>Dallas, TX 75263-0047 | AT&T Services<br>P.O. Box 5093<br>Carol Stream, IL 60197-5093 | Ability Recovery Services<br>P.O. Box 4262<br>Scranton, PA 18505-6262 |
| Acton Municipal Utility District<br>6420 Lusk Branch Ct.<br>Granbury, TX 76049-2035 | Adesa Dallas AA<br>3501 Lancaster Hutchins Rd.<br>Hutchins, TX 75141-3300 | Advisory Financial Services, LLC<br>c/o Cantey Hanger LLP<br>600 West 6th Street Suite 300<br>Fort Worth, TX 76102-3685 |
| Ally Financial<br>2911 Lake Vista Dr.<br>Lewisville, TX 75067-3801 | Ally Financial<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-4727 | Anozie LLP<br>c/o Jourdan Jackson Dukes<br>6120 Swiss Avenue #140838<br>Dallas, TX 75214-0113 | Applied Bank<br>P.O. Box 17125<br>Wilmington, DE 19850-7125 |
| Aqua Texas, Granbury<br>2304 Christine Dr.<br>Granbury, TX 76048-6448 | Aqua Texas, Inc.<br>1106 Clayton Lane Suite 400W<br>Austin, TX 78723-2476 | Aqua Texas, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3402 |
| (p)ASSET COMPLIANT SOLUTIONS<br>65 LAWRENCE BELL DR<br>STE 101<br>WILLIAMSVILLE NY 14221-7182 | Associated Well Services Inc.<br>P.O. Box 16<br>Stephenville, TX 76401-0001 | Bank of MO/TV<br>P.O. Box 84930<br>Sioux Falls, SD 57118-4930 |
| Barn Management Group<br>Legal & Bankruptcy Department<br>P.O. Box 648<br>Mayfield, KY 42066-0033 | Barr Credit Services<br>3444 N Country Club Rd. Suite 200<br>Tucson, AZ 85716-0815 | Baylor Scott & White Health<br>P.O. Box 1123<br>Minneapolis, MN 55440-1123 |

Blue Cross Blue Shield
P.O. Box 650615
Dallas, TX 75265-0615

Bowden & Tanner, LLC
1202 S. Morgan St.
Granbury, TX 76048-1979

Brad Singer Law, PA
c/o Jalen Turner
P.O. Box 880305
Boca Raton, FL 33488-0305

Breanna Strong
326 CR 323
Tuscola, TX 79562-2540

(p)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

Cantey Hanger LLP
Cantey Hanger Plaza
600 West 6th Street Suite 300
Fort Worth, TX 76102-6898

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

CareFlite
P.O. Box 660911
Dallas, TX 75266-0911

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Celtic Bank/Continental Finance
268 S. State St. Suite 300
Salt Lake City, UT 84111-5314

Ciera Bank
623 Elm Street
Graham, TX 76450-3088

Cintas
3450 Northern Cross Blvd.
Fort Worth, TX 76137-3600

Colonial Life
P.O. Box 903
Columbia, SC 29202-0903

Comenity Bank/Victoria's Secret
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Capital/Academy
P.O. Box 182120
Columbus, OH 43218-2120

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Credit Collection Services
P.O. Box 607
Norwood, MA 02062-0607

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Credit One Bank, N.A.
P.O. Box 98875
Las Vegas, NV 89193-8875

Crowell & Associates, Inc.
P.O. Box 518
Van Alstyne, TX 75495-0518

DAM Properties LLC
412 HCR 2200
Aquilla, TX 76622-2635

DAM Properties, LLC
c/o The Lawrence Firm, P.C.
3016 E. Hwy 377
Granbury, TX 76049

Davis Transportation LLC
314 Glade Valley Rd.
Azle, TX 76020-1698

Diversified Adjustment Service, Inc.
P.O. Box 32145
Minneapolis, MN 55432-0145

Domain Listings
P.O. Box 19607
Las Vegas, NV 89132-0607

Donald L. Moore
800 North Industrial Blvd. Suite 106
Euless, TX 76039-7456

Elite Recovery Service
100 N Bosque St.
Whitney, TX 76692-2725

EmergiFire LLC
P.O. Box 181839
Dallas, TX 75218-8839

Employee Retention Credit
c/o Brad Singer Law, PA
P.O. Box 880305
Boca Raton, FL 33488-0305

EquipmentShare.com, Inc.
P.O. Box 650429
Dallas, TX 75265-0429

Evergreen Power Solutions
5336 Alpha Rd.
Dallas, TX 75240-7309

Ewing & Jones
6363 Woodway Suite 1000
Houston, TX 77057-1759

F.H. Cann & Associates, Inc.
P.O. Box 7
North Andover, MA 01845-0007

FCCI Insurance Group
P.O. Box 405563
Atlanta, GA 30384-5563

FCCI Insurance Group
c/o Alex Miller
6300 University Parkway
Sarasota, FL 34240-8424

FEB Destiny
P.O. Box 4499
Beaverton, OR 97076-4499

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

Fora Financial Advance, LLC
519 Eighth Avenue 11th Floor
New York, NY 10018-4581

Frontier Waste Solutions
P.O. Box 647019
Dallas, TX 75264-7019

GM Financial
4001 Embarcadero Drive
Arlington, TX 76014-4106

GM Financial
P.O. Box 181145
Arlington, TX 76096-1145

Gecfleet Valvoline
3501 East US Hwy 377
Granbury, TX 76049-7421

Gilbert Environmental
1540 Boyd Rd.
Granbury, TX 76049-2612

Granbury Chamber of Commerce
3408 East Highway 377
Granbury, TX 76049

Greak, Shooter & Uryasz, P.C.
c/o Michael Uryasz
8008 Slide Road Suite 30
Lubbock, TX 79424-2828

HART HVAC LLC
2915 Greenlee Park Trail
Weatherford, TX 76088-7842

Hampel Oil
11925 CR 917
Cresson, TX 76035-4504

(p)HARRIS & HARRIS
111 W JACKSON BLVD STE 650
CHICAGO IL 60604-3589

Hatter & Associates, LLP
6500 West Freeway Suite 101
Fort Worth, TX 76116-2139

Holiday Inn Club Vacations Inc
8505 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34747-8217

Holt Cat
P.O. Box 207916
San Antonio, TX 78220-7916

Holt Texas LTD
P.O. Box 207916
San Antonio, TX 78220-7916

Hood Central Appraisal District
P.O. Box 819
Granbury, TX 76048-0060

Hood County Appraisal District
P.O. Box 819 - 1902
Granbury, TX 76048-0060

Humana
P.O. Box 4600
Carol Stream, IL 60197-4600

Intedata Systems Inc.
113 E 5th Street
Mountain Home, AR 72653-3811

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit Quickbooks
2700 Coast Avenue
Mountain View, CA 94043-1140

IronHorse Power Services, LLC
P.O. Box 737365
Dallas, TX 75373-7365

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850-5369

James R. Craxley, PLLC
P.O. Box 3579
Abilene, TX 79604-3579

John & Shawna Hunter
5322 Loyola Ave.
Westminster, CA 92683-2727

KDS Water Service, LLC
P.O. Box 5813
Granbury, TX 76049-0813

KP Staffing
P.O. Box 1482
Fort Worth, TX 76101-1482

Kebo Enterprises LLC
228 Maverick Ct.
Granbury, TX 76049-1490

Kebo Enterprises LLC
c/o The Law Office of Mark Piland
1107 W. Pearl Street Suite 101
Granbury, TX 76048-2054

Kilpatrick, Townsend & Stockton LLP
700 Louisiana St. Suite 4300
Houston, TX 77002-2782

LA Services, LLC
223 Industrial Ave.
Granbury, TX 76049-7842

LP Financial Inc.
P.O. Box 15369
Wilmington, DE 19850-5369

LP Financial, Inc.
2225 Eddie Williams Rd.
Johnson City, TN 37601-2872

Lake Granbury Hospital
P.O. Box 14099
Belfast, ME 04915-4034

Lake Granbury Medical Center
1310 Paluxy Road
Granbury, TX 76048-5655

Machi & Associates
1521 N. Cooper St. Suite 550
Arlington, TX 76011-5579

Magna Flow Environmental, Inc.
P.O. Box 60709
Houston, TX 77205-0709

MaintainX Inc.
382 NE 191st PL PMB 98008
Miami, FL 33179-3899

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Midland Emergency Management
P.O. Box 4031
Wyoming, PA 18644-0031

NTTA
P.O. Box 260928
Plano, TX 75026-0928

NTTA
P.O. Box 660244
Dallas, TX 75266-0244

NextLink Internet
P.O. Box 224704
Dallas, TX 75222-4704

North Texas Tollway
P.O. Box 260928
Plano, TX 75026-0928

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Oncor Electric Delivery Company LLC
c/o Anozie LLP
6120 Swiss Avenue #140838
Dallas, TX 75214-0113

Orchard Irrigation Company
6831 Headquarters Circle
Granbury, TX 76049-4548

Payroll LLC
c/o Brad Singer Law, P.A.
P.O. Box 880305
Boca Raton, FL 33488-0305

Personal Concepts
P.O. Box 5750
Carol Stream, IL 60197-5750

Plantation Storage
7430 Fall Creek Hwy
Granbury, TX 76049-6311

Premier Bankcard/First Premier
601 S Minnesota Ave.
Sioux Falls, SD 57104-4824

Professional Account Management
P.O. Box 863867
Plano, TX 75086-3867

Radiology Associates of North Texas
P.O. Box 3387 Dept. 165956
Oaks, PA 19456

Resurgent Capital Services
P.O. Box 10497
Greenville, SC 29603-0497

Roadrunner Financial, Inc.
P.O. Box 3610
Coppell, TX 75019-3625

SST/Medallion
P.O. Box 3999
Saint Joseph, MO 64503-0999

Southwest Credit
4120 International Pkwy Suite 1100
Carrollton, TX 75007-1958

Southwest Credit Systems
P.O. Box 622001
Dallas, TX 75262-2001

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074

State Farm
514 E. Hwy 377
Granbury, TX 76048-2556

Stealth Towing And Recovery Services LLC
P.O. Box 679
Azle, TX 76098-0679

Synchrony Bank/Amazon
P.O. Box 71737
Philadelphia, PA 19176-1737

Synchrony Bank/PayPal Credit
P.O. Box 71725
Philadelphia, PA 19176-1725

Synchrony Bank/Polaris
P.O. Box 71791
Philadelphia, PA 19176-1791

Synergetic Communication, Inc.
P.O. Box 680608
Franklin, TN 37068-0608

TBOM/ATLS/Aspire
P.O. Box 105555
Atlanta, GA 30348-5555

TSI/Transworld Systems Inc.
500 Virginia Dr. Suite 514
Fort Washington, PA 19034-2733

TeamHealth
Mediserv
6300 Ridglea Place Suite 201
Fort Worth, TX 76116-5707

Texas Health Fort Worth
P.O. Box 916063
Fort Worth, TX 76191-6063

Texas Health Harris
Southwest Fort Worth
6100 Harris Pkwy
Fort Worth, TX 76132-4101

Texas Health Resources
P.O. Box 733546
Dallas, TX 75373-3546

Texas Medicine Resources
P.O. Box 632248
Cincinnati, OH 45263-2248

Texas Workforce Commission
Tax Department
P.O. Box 591
Fort Worth, TX 76101-0591

The Lawrence Law Firm, P.C.
3016 E. Hwy 377
Granbury, TX 76049

The Reid Firm
c/o Steven J. Reid
1840 Acton Highway
Granbury, TX 76049-5900

Total Visa
P.O. Box 84930
Sioux Falls, SD 57118-4930

Transworld Systems Inc.
500 Virginia Dr. Suite 514
Fort Washington, PA 19034-2733

Transworld Systems Inc.
P.O. Box 15618 Dept. 860
Wilmington, DE 19850-5618

TxTag
P.O. Box 650749
Dallas, TX 75265-0749

UniFirst Holdings Corporation
c/o Davis Business Law
P.O. Box 346
Enid, OK 73702-0346

United Cooperative Services
P.O. Box 290
Stephenville, TX 76401-0004

United States Attorney
Office of the U.S. Atty
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Verizon Business
P.O. Box 489
Newark, NJ 07101-0489

Verizon Connect
200 S Oakridge Dr. Suite 102
Weatherford, TX 76087-1794

Verizon Wireless
P.O. Box 650051
Dallas, TX 75265-0051

West Kentucky Country Barn, LLC
P.O. Box 648
Mayfield, KY 42066-0033

Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce St. Suite 3500
Fort Worth, TX 76102-4135

William T. Neary
Office of The United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

Winsupply Hood County TX
143 Business Blvd.
Granbury, TX 76049-5980

Wolters Kluwer
9797 Rambauer Rd. Suite 250
Coppell, TX 75019-6146

Zip Cash
c/o North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Zone Industries, LLC
dba Precision Pump Systems
3303 Cypresswood Dr.
Spring, TX 77388-5827

Adrianne Dawn Foyt
P.O. Box 304
Cresson, TX 76035-0304

Daniel S. Wright
Machi Wright & Associates
1521 N. Cooper St.
Skymark Tower
Suite 340
Arlington, TX 76011-5537

John Dee Spicer
Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202-4404

Leonard Clarence Foyt Jr
4003 View Point Dr
Granbury, TX 76048-6734

Robert C. Newark III
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247-6904

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Asset Compliant Solutions
65 Lawrence Bell Dr.
Buffalo, NY 14221

CCS/First Savings Bank
500 E 60th St.
Sioux Falls, SD 57104

Caterpillar Financial Services Corp.
P.O. Box 340001
Nashville, TN 37203

(d)Caterpillar Financial Services Corp.
P.O. Box 730681
Dallas, TX 75373

(d)HUE/First Savings Credit Card
P.O. Box 5019
Sioux Falls, SD 57117

Harris & Harris
111 W. Jackson Blvd., Ste. 650
Chicago, IL 60604

(d)Harris & Harris, Ltd.
111 W. Jackson Blvd. Suite 650
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Plantation Storage
7430 Fall Creek Hwy.
Granbury, TX 76049-6311

(d)Professional Account Management, LLC
P.O. Box 863867
Plano, TX 75086-3867

(d)Wellington State Bank
1343 N Plaza Dr.
Granbury, TX 76048-2559

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 165 |
| Bypassed recipients | 3 |
| Total | 168 |