**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | Case No. 25-42773 |
| Debtors. | § | |
| Advisory Financial Services, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-04136-mxm |
| | § | |
| Adrianne Foyt and Leonard Foyt, Jr., | § | |
| | § | |
| *Defendants.* | § | |

## AGREED JUDGMENT

Advisory Financial Services LLC shall have judgment against Leonard Foyt, Jr., in the amount of $343,000, which is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

All other claims against Leonard Foyt, Jr., in this adversary proceeding are dismissed with prejudice.

There being no just reason for delay, the Court directs entry of this judgment as final pursuant to Federal Rule of Bankruptcy Procedure 7054 and Federal Rule of Civil Procedure 54(b) as to all claims against Leonard Foyt, Jr.

### END OF ORDER ###

*/s/ Broocks Wilson*
Broocks Wilson
708 Main Street, 10th Floor
Houston, Texas 77002
(713) 320-8690
mack@wilsonfriery.com

Counsel for Advisory Financial Services, LLC

- and -

Leonard Foyt, Jr. (Oct 25, 2026 13:55:19 CDT)
Leonard Foyt Jr.

# Foyt_Agreed Judgment Leonard

Final Audit Report 2026-10-25

| | |
|---|---|
| Created: | 2026-10-25 |
| By: | Broocks Wilson (mack@wilson-pllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACff1AyaPp-OO1hbwwDdjneulbhmxn3a0 |

## "Foyt_Agreed Judgment Leonard" History

Document created by Broocks Wilson (mack@wilson-pllc.com)
2026-10-25 - 1:46:42 PM GMT

Document emailed to Leonard Foyt, Jr. (lfoytjr@gmail.com) for signature
2026-10-25 - 1:46:45 PM GMT

Email viewed by Leonard Foyt, Jr. (lfoytjr@gmail.com)
2026-10-25 - 6:54:41 PM GMT

Document e-signed by Leonard Foyt, Jr. (lfoytjr@gmail.com)
Signature Date: 2026-10-25 - 6:55:19 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-25 - 6:55:19 PM GMT